# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| **M.B.** and **S.E.** through their next friend Katharyn McIntyre, **V.A.** through his next friend Kathryn Ashburn, **J.M.** through his next friend Ed Bigus, **M.J.** through his next friend Ed Bigus, **R.M.** through his next friend Allan Hazlett, **C.A.** through his next friend Allan Hazlett, **Z.Z.** through her next friend Ashley Thorne, **B.B.** through her next friend Ashley Thorne, and **M.L.** through her next friend Ashley Thorne, for themselves and those similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**Jeff Colyer** in his official capacity as Kansas Governor, **Gina Meier-Hummel** in her official capacity as Kansas Department for Children and Families Secretary, **Jeff Andersen** in his official capacity as Kansas Department of Health and Environment Secretary, and **Tim Keck** in his official capacity as Kansas Department for Aging and Disability Services Secretary,<br><br>**Defendants.** | Case No. 2:18-cv-02617-JWL-GEB |

## PLAINTIFFS' RETURN OF SERVICE UPON DEFENDANT JEFF COLYER

Plaintiffs hereby provide their proof and return of service of process effectuated pursuant to KAN. STAT. ANN. § 60-303(c)(4). Plaintiffs served Defendant Jeff Colyer with the summons, complaint (ECF No. 1), designation of place of trial (ECF No. 1-1), and civil cover sheet (ECF No. 2) at the Capitol, 300 SW 10th Ave., Ste. 241S, Topeka, KS 66612-1590. Plaintiffs mailed these documents by certified mail on November 19, 2018. The certified mail receipt, tracking information, and signed return receipt are provided herein.

1

A. Certified Mail Receipt

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

TOPEKA, KS 66612                    OFFICIAL USE

Certified Mail Fee      $3.45                               0070
$                              $2.75                          04
Extra Services & Fees (check box, add fee as appropriate)
 ☐ Return Receipt (hardcopy)      $  $0.00
 ☐ Return Receipt (electronic)    $  $0.00         Postmark
 ☐ Certified Mail Restricted Delivery $ $0.00       Here
 ☐ Adult Signature Required       $  $0.00
 ☐ Adult Signature Restricted Delivery $
Postage
              $2.47
$                                              11/19/2018
Total Postage and Fees
              $8.67
$
Sent To  Gov. Jeff Colyer - Office of Governor - Capitol
Street and Apt. No., or PO Box No.
         300 SW 10th Ave., Ste 241S
City, State, ZIP+4®
         Topeka, KS 66612-1590

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions
```

Tracking: 7018 2290 0000 1242 6447

B. USPS Tracking Information

**USPS Tracking**®  FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70182290000124399441

Remove ✕

Your item was delivered at 9:51 am on November 26, 2018 in TOPEKA, KS 66618.

✓ **Delivered**

November 26, 2018 at 9:51 am
Delivered
TOPEKA, KS 66618

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

**Can't find what you're looking for?**

Go to our FAQs section to find answers to your tracking questions.

FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

3

C. <u>Signed Return Receipt</u>

[Image of signed USPS return receipt addressed to: Gov. Jeff Colyer, Office of the Governor – Capitol, 300 SW 10th Ave, Ste 241 S, Topeka, KS 66612-1590; Article Number 7018 2290 0001 2439 9441]

DATED: December 6, 2018

Respectfully submitted,

s/ *Larry R. Rute*
Larry R. Rute
KS Bar ID No. 8105
KS District Bar No. 08105
Benet Magnuson (*pro hac vice* application forthcoming)
TX Bar ID No. 24070203
KANSAS APPLESEED CENTER FOR LAW & JUSTICE, INC.
211 East 8th Street, Suite D
Lawrence, KS 66044
P: (785) 856-0917
larry@adrmediate.com
bmagnuson@kansasappleseed.org

Loretta Burns-Bucklew (*pro hac vice* application forthcoming)
M.I. Bar ID No. 32053

4

LAW OFFICE OF LORETTA BURNS-
BUCKLEW
401 West 89th Street
Kansas City, MO 64114
P: (816) 384-1198
loribblawkc@gmail.com

Leecia Welch (admitted *pro hac vice*)
CA Bar ID No. 208741
Freya Pitts (admitted *pro hac vice*)
CA Bar ID No. 295878
NATIONAL CENTER FOR YOUTH LAW
405 14th Street, 15th Floor
Oakland, CA 94612
P: (510) 835-8098
F: (510) 835-8099
lwelch@youthlaw.org
fpitts@youthlaw.org

Ira Lustbader (admitted *pro hac vice*)
NY Bar ID No. 2516946
Marissa C. Nardi (admitted *pro hac vice*)
NY Bar ID No. 5173265
Jonathan M. King (admitted *pro hac vice*)
NY Bar ID No. 5119847
Stephen A. Dixon (admitted *pro hac vice*)
LA Bar ID No. 18185
CHILDREN'S RIGHTS, INC.
88 Pine Street, 8th Floor
New York, NY 10005
P: (212) 683-2210
F: (212) 683-4015
ilustbader@childrensrights.org
mnardi@childrensrights.org
jking@childrensrights.org
sdixon@childrensrights.org

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Defendant Gina Meier-Hummel:

Corliss Scroggins Lawson
Office of General Counsel
Kansas Department for Children and Families
555 S. Kansas Ave., 6th Floor
Topeka, Kansas 66603
T: (785) 296-3967
F: (785) 296-4960

I further certify that Plaintiffs mailed the foregoing document and the notice of electronic filing by FedEx Standard Overnight to the following non-CM/ECF participants:

Defendant Jeff Colyer
Office of the Governor
Capitol
300 SW 10th Ave., Ste. 241S
Topeka, KS 66612-1590

Defendant Jeff Andersen
Office of the Secretary
Kansas Department of Health and Environment
Curtis State Office Building
1000 SW Jackson
Topeka, KS 66612

Defendant Tim Keck
Office of the Secretary
Kansas Department for Aging and Disability Services
New England Building
503 S. Kansas Ave.
Topeka, KS 66603-3404

                                                s/ *Larry R. Rute*
                                                Larry R. Rute