# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| M.B. and S.E. through their next friend KATHARYN MCINTYRE, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAURA KELLY in her official capacity as Kansas Governor, et al.,<br><br>    Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:18-cv-02617-JWL-GEB<br>)<br>)<br>)<br>)<br>) |

## JOINT NOTICE OF MEDIATION

Pursuant to the Scheduling Order, (Doc. 53), the parties provide notice that this case will be mediated by Kevin M. Ryan, beginning at 9:00 a.m. on October 24, 2019 at the law office of Barber Emerson, L.C., 1211 Massachusetts Street, Lawrence, Kansas, or such other location as the parties may later agree. Mr. Ryan's contact information is as follows:

 Kevin M. Ryan
 Public Catalyst
 99 Wood Avenue South, Ste. 301
 Iselin, NJ  08830
 (732) 710-3950 (Office)
 kevinmichaelryan1967@gmail.com

Counsel will provide Mr. Ryan's mobile number upon request.

| BARBER EMERSON, L.C. | KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC. |
|---|---|
| By s/ Terrence J. Campbell<br>　　Terrence J. Campbell, KS #18377<br>　　Catherine C. Theisen, KS #22360<br>　　Matthew J. Rogers, KS #27667<br>　　Casey E. Forsyth, KS #25008<br>　　1211 Massachusetts Street<br>　　P.O. Box 667<br>　　Lawrence, KS 66044<br>　　Tele: (785) 843-6600<br>　　Fax: (785) 843-8405<br>　　tcampbell@barberemerson.com<br>　　ctheisen@barberemerson.com<br>　　mrogers@barberemerson.com<br>　　cforsyth@barberemerson.com<br>　　*Attorneys for Defendants* | s/ Teresa A. Woody<br>Teresa A. Woody<br>KS Bar ID 16949<br>Larry R. Rute<br>KS Bar ID No. 8105<br>KS District Bar No. 08105<br>Teresa A. Woody<br>KS Bar ID 16949<br>211 East 8th Street, Suite D<br>Lawrence, KS 66044<br>P: (785) 856-0917<br>twoody@kansasappleseed.org<br>larry@adrmediate.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all attorneys linked to this case.

                                                  s/ Terrence J. Campbell
                                                  Terrence J. Campbell