IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KATHARYN MCINTYRE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LAURA KELLY, et al., <br><br> Defendants. | Case No. 18-CV-02617-JWL-GEB |

**DEFENDANT'S MOTION TO DISMISS DEFENDANT GOVERNOR LAURA KELLY**

Defendant, Laura Kelly in her official capacity as Kansas Governor, by and through counsel and pursuant to Fed. R. Civ. P. 12(b)(1), hereby moves this Court for an Order dismissing all claims filed against her in the above-captioned case for the reason that such claims are barred by the Eleventh Amendment to the United States Constitution. In furtherance of this Motion, Defendant Laura Kelly respectfully refers the Court to the contemporaneously filed Memorandum in Support of Motion to Dismiss Defendant Governor Laura Kelly.

Respectfully Submitted,

**LATHROP GAGE LLP**

By: /s/ Jean Paul Bradshaw II
Jean Paul Bradshaw, KS Fed. #70010
Brian Fries, KS #15889
Grant A. Harse, KS #24666
Reid K. Day, KS #28319
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
jbradshaw@lathropgage.com
bfries@lathropgage.com
gharse@lathropgage.com
rday@lathropgage.com

1

        Carrie E. Josserand, KS #18893
LATHROP GAGE LLP
10851 Mastin Boulevard
Building 82, Suite 1000
Overland Park, Kansas 66210-1669
Telephone: (913) 451-5100
Telecopier: (913) 451-0875
cjosserand@lathropgage.com

**Attorneys for All Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Jean Paul Bradshaw II*
Jean Paul Bradshaw, an Attorney for
All Defendants