## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| **M.B.** and **S.E.** through their next friend Katharyn McIntyre, **V.A.** through his next friend Kathryn Ashburn, **M.J.** through his next friend Ed Bigus, **R.R.** through her next friend Ed Bigus, **R.M.** through his next friend Allan Hazlett, **C.A.** through his next friend Allan Hazlett, **E.B.** through his next friend Allan Hazlett, **J.P.** through her next friend Allan Hazlett, **Z.Z.** through her next friend Ashley Thorne, **B.B.** through her next friend Ashley Thorne, and **M.A.** through his next friend Ashley Thorne, for themselves and those similarly situated, | Case No. 2:18-cv-02617-DDC-GEB |
| **Plaintiffs,** | |
| **v.** | |
| **Laura Howard** in her official capacity as Kansas Department for Children and Families Secretary, **Dr. Lee A. Norman** in his official capacity as Kansas Department of Health and Environment Secretary, and **Laura Howard** in her official capacity as Kansas Department for Aging and Disability Services Secretary, | |
| **Defendants.** | |

## JOINT STIPULATION OF PARTIAL DISMISSAL, OF NAMED PLAINTIFFS V.A., M.J., R.R., AND B.B.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree to the dismissal of the claims of Plaintiffs V.A., M.J., R.R., and B.B. as Named Plaintiffs. The claims of these Named Plaintiffs are being dismissed because they have recently

turned eighteen years old.  These Named Plaintiffs' initials shall be removed from the case caption.

The parties further stipulate and agree that Kathryn Ashburn is dismissed as Next Friend appearing on behalf of V.A.; Ed Bigus is dismissed as Next Friend appearing on behalf of M.J. and R.R.; and Ashley Thorne is dismissed only in her role as Next Friend appearing on behalf of B.B.  Ms. Thorne shall continue to serve as a Next Friend for Named Plaintiffs Z.Z. and M.A., and Ms. Ashburn and Mr. Bigus shall be removed from the case caption.

Dated: July 8, 2020

Respectfully submitted,

**KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.**

 /s/ *Teresa A. Woody*
Teresa A. Woody
KS Bar ID 16949
Larry R. Rute
KS Bar ID No. 8105
211 East 8th Street, Suite D
Lawrence, KS 66044
P: (785) 856-0917
twoody@kansasappleseed.org
larry@adrmediate.com

**LAW OFFICE OF LORETTA BURNS-BUCKLEW**
Loretta Burns-Bucklew
MO Bar ID No. 32053
KS District Bar No. 78800
401 West 89th Street
Kansas City, MO 64114
P: (816) 384-1198
loribblawkc@gmail.com

**NATIONAL CENTER FOR YOUTH LAW**
Leecia Welch (admitted *pro hac vice*)
CA Bar ID No. 208741

Poonam Juneja (admitted *pro hac vice*)
CA Bar ID No. 300848
Freya Pitts (admitted *pro hac vice*)
CA Bar ID No. 295878
1212 Broadway, Suite 600
Oakland, CA 94612
P: (510) 835-8098
F: (510) 835-8099
lwelch@youthlaw.org
pjuneja@youthlaw.org
fpitts@youthlaw.org

**CHILDREN'S RIGHTS, INC.**
Ira Lustbader (admitted *pro hac vice*)
NY Bar ID No. 2516946
Marissa C. Nardi (admitted *pro hac vice*)
NY Bar ID No. 5173265
Jonathan M. King (admitted *pro hac vice*)
NY Bar ID No. 5119847
Stephen A. Dixon (admitted *pro hac vice*)
LA Bar ID No. 18185
88 Pine Street, 8th Floor
New York, NY 10005
P: (212) 683-2210
F: (212) 683-4015
ilustbader@childrensrights.org
mnardi@childrensrights.org
jking@childrensrights.org
sdixon@childrensrights.org

**DLA PIPER LLP (US)**
Joshua Kane (admitted *pro hac vice*)
NY Bar ID No. 4973400
1251 Avenue of the Americas
New York, NY 10020
P: (212) 335-4561
F: (917) 778-8561
joshua.kane@dlapiper.com

**ATTORNEYS FOR PLAINTIFFS**


 /s/ *Jean Paul Bradshaw II*
**LATHROP GPM LLP**
Jean Paul Bradshaw II (#70010)
Brian C. Fries (#15889)

Grant A. Harse (#24666)
Reid K. Day (#28319)
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Telephone:  816.292.2000
Facsimile:  816.292.2001
jeanpaul.bradshaw@lathropgpm.com
brian.fries@lathropgpm.com
grant.harse@lathropgpm.com
reid.day@lathropgpm.com

And: Carrie E. Josserand (#18893)
10851 Mastin Blvd., Suite 1000
Overland Park, KS 66210
Telephone:  913.451.5100
Facsimile:  913.451.0875
carrie.josserand@lathropgpm.com

**ATTORNEYS FOR DEFENDANTS HOWARD
AND NORMAN**

Corliss Scroggins Lawson, SC# 27096
555 S. Kansas Ave., 6th Floor
General Counsel's Office
Topeka, Kansas 66603
Telephone: (785) 296-3967
FAX: (785) 296-4960
Corliss.Lawson@ks.gov

**ATTORNEY FOR DEFENDANT HOWARD**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on July 8, 2020, to be served by the operation of the Court's CM/ECF electronic filing system upon all parties.

DATED: July 8, 2020

 /s/ *Teresa A. Woody*
Teresa A. Woody
**Attorney for Plaintiffs**