**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

KATHARYN MCINTYRE, for themselves and those
similarly situated/as next friend of M.B. and S.E., et al.,

        Plaintiffs,

v.                                                Case No. 18-2617-DDC-GEB

LAURA HOWARD in her official capacity as
Kansas Department for Children and Families
Secretary, et al.,

        Defendants.

**Attorneys for Plaintiffs:** Ira Lustbader, Joshua Kane, Larry R. Rute, Leecia Welch, Loretta E. Burns-Bucklew, Poonam Juneja, Teresa A. Woody
**Attorneys for Defendants:** Carrie E. Josserand, Corliss Scroggins Lawson, Jean Paul Bradshaw, II

| JUDGE: | Daniel D. Crabtree | DATE: | 1/22/2021 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# SETTLEMENT APPROVAL HEARING

The parties appear through counsel by Zoom Video Conference.

The following motion is before the court:

    Doc. 150 – Unopposed Motion for Final Approval of Class Action Settlement – **TAKEN UNDER ADVISEMENT as set forth in full on the record.**

The court hears from counsel on the motion.

The court hears statements from members of the public.

**The court will issue an order approving the settlement.**