# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| **M.B.** and **S.E.** through their next friend Katharyn McIntyre, **R.M.** through his next friend Allan Hazlett, **C.A.** through his next friend Allan Hazlett, **E.B.** through his next friend Allan Hazlett, **J.P.** through her next friend Allan Hazlett, **Z.Z.** through her next friend Ashley Thorne, and **M.A.** through his next friend Ashley Thorne, for themselves and those similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> **Laura Howard** in her official capacity as Kansas Department for Children and Families Secretary, **Janet Stanek** in her official capacity as Kansas Department of Health and Environment Secretary, and **Laura Howard** in her official capacity as Kansas Department for Aging and Disability Services Secretary, <br><br> **Defendants.** | Case No. 2:18-cv-02617-DDC-GEB |

## JOINT NOTICE OF MEDIATION

The Parties hereby notify the Court that on January 14 and 15, 2025, they engaged in mediation pursuant to Sections 4.1 to 4.4 of the Settlement Agreement, ECF No. 134-1 (approved at ECF No. 170, modified at ECF No. 182), with the assistance of Mediator Karen Baynes-Dunning. The mediation addressed disputes related to the Progress Report for Period 3 issued by the Neutral, Judith Meltzer and the Center for the Study of Social Policy, on September 16, 2024. The Parties report that the mediation concluded successfully.

Dated: May 27, 2025

                                       Respectfully submitted,

**KANSAS APPLESEED CENTER FOR LAW AND JUSTICE, INC.**

/s/ *Teresa A. Woody*
Teresa A. Woody
KS Bar ID 16949
Larry R. Rute
KS Bar ID No. 8105
211 East 8th Street, Suite D
Lawrence, KS 66044
P: (785) 856-0917
twoody@kansasappleseed.org
larry@adrmediate.com

**LAW OFFICE OF LORETTA BURNS-BUCKLEW**

Loretta Burns-Bucklew
MO Bar ID No. 32053
KS District Bar No. 78800
401 West 89th Street
Kansas City, MO 64114
P: (816) 384-1198
loribblawkc@gmail.com

**NATIONAL CENTER FOR YOUTH LAW**

Freya Pitts (admitted *pro hac vice*)
CA Bar ID No. 295878
1212 Broadway, Suite 600
Oakland, CA 94612
P: (510) 835-8098
F: (510) 835-8099
fpitts@youthlaw.org

**CHILDREN'S RIGHTS, INC.**

Ira Lustbader (admitted *pro hac vice*)
NY Bar ID No. 2516946
Leecia Welch (admitted *pro hac vice*)
CA Bar ID No. 208741
Marissa C. Nardi (admitted *pro hac vice*)
NY Bar ID No. 5173265
Stephen A. Dixon (admitted *pro hac vice*)
LA Bar ID No. 18185

2

                                                88 Pine Street, 8th Floor
                                                New York, NY 10005
                                                P: (212) 683-2210
                                                F: (212) 683-4015
                                                ilustbader@childrensrights.org
                                                lwelch@childrensrights.org
                                                mnardi@childrensrights.org
                                                sdixon@childrensrights.org

                                                **ATTORNEYS FOR PLAINTIFFS**


                                                 /s/ *Marc Altenbernt*
                                                Marc Altenbernt, SC#28745
                                                555 S. Kansas Ave., 6th Floor
                                                General Counsel's Office
                                                Topeka, Kansas 66603
                                                Telephone: (785) 250-0380
                                                FAX: (785) 296-4960
                                                Marc.Altenbernt@ks.gov

                                                **ATTORNEY FOR DEFENDANTS**


### CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on May 27, 2025, to be served by the operation of the Court's CM/ECF electronic filing system upon all parties.

DATED: May 27, 2025

                                                 /s/ *Teresa A. Woody*
                                                Teresa A. Woody
                                                **Attorney for Plaintiffs**